# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WEBB HILL, <br>     Plaintiff, <br> v. <br> WYNN LAS VEGAS, LLC, <br>     Defendant. | Case No. 2:21-cv-02113-GMN-DJA <br> **Order** <br> [Docket No. 22] |

Pending before the Court is the parties' stipulation to vacate and reschedule the Early Neutral Evaluation ("ENE") currently scheduled for March 8, 2022. Docket No. 22. While the Court does not find that the parties have properly demonstrated compliance with the Court's order, the Court **GRANTS** the stipulation in order to allow for a productive ENE session. The ENE currently set for March 8, 2022, is **CONTINUED** to **April 25, 2022, at 10:00 a.m.** The parties must submit their confidential ENE statements to the undersigned's box in the Clerk's office no later than **3:00 p.m. on April 18, 2022**. All other requirements outlined in the Court's order at Docket No. 10 continue to apply.

IT IS SO ORDERED.

Dated: March 3, 2022

                                                                    Nancy J. Koppe <br>
                                                                    United States Magistrate Judge