UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WEBB HILL, | Case No. 2:21-cv-02113-GMN-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| WYNN RESORTS LIMITED d/b/a ENCORE LAS VEGAS, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Counsel Jenny L. Foley's Motion to Withdraw as Counsel (ECF No. 240), filed on March 9, 2022.  Pursuant to Local Rule ("LR") IA 11-6, "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel."  LR IA 11-6(b).  Having reviewed the motion, the Court finds that requirements of LR IA 11-6(b) have been met.  Ms. Foley indicates that counsel and Plaintiff have suffered a major breakdown in the attorney-client relationship such that representation cannot be carried out effectively.  The Court will require that Plaintiff Webb Hill notify the Court by April 19, 2022 as to his intent to proceed *pro se* or with other representation.  Failure to do so may result in dispositive sanctions

**IT IS HEREBY ORDERED** that Plaintiff's Counsel Jenny L. Foley's Motion to Withdraw as Counsel (ECF No. 24) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff Webb Hill shall notify the Court as to whether he intends to proceed *pro se* or retain counsel by **April 19, 2022**.  Failure to notify the Court as to his representation status may subject him to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address and telephone number of Plaintiff to the civil docket and send a copy of this Order to Plaintiff's last known address:

>Webb Hill
>
>5129 Mountain View Drive
>
>Las Vegas, NV 89146
>
>lasvegasgame@yahoo.com

DATED:  March 29, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE