UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WEBB HILL, <br><br>        Plaintiff, <br><br> v. <br><br> WYNN LAS VEGAS, LLC, <br><br>        Defendant. | Case No. 2:21-cv-02113-CDS-DJA <br><br> **Order** |

On January 12, 2022, the Court set this case for an early neutral evaluation ("ENE") on March 8, 2022. Docket No. 10. On March 2, 2022, the parties filed a stipulation to continue the ENE because they were engaged in pre-ENE discussions regarding the issues in the case. Docket No. 22. The Court granted the parties' stipulation and continued the ENE to April 25, 2022. Docket No. 23. On March 9, 2022, Plaintiff's attorney filed a motion to withdraw as counsel, which United States Magistrate Judge Daniel J. Albregts granted. Docket Nos. 24, 25. Judge Albregts ordered Plaintiff to notify the Court as to whether he intends to proceed *pro se* or retain counsel, no later than April 19, 2022. *Id*. at 1. On April 14, 2022, Plaintiff asked the Court to extend the time for this notification. Docket No. 30.

The Court has determined that, based on the current posture of the instant case and Plaintiff's comments in Docket No. 30, an ENE at this point would not be fruitful. Further, the ENE must be held no later than 90 days after the first responding party appears in the case which, in this case, was April 11, 2022. *See* LR 16-6(d). Accordingly, the Court **VACATES** the ENE currently set for April 25, 2022.

IT IS SO ORDERED.

Dated: April 21, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE