UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Webb Hill, <br><br> Plaintiff <br><br> v. <br><br> Wynn Resorts, LLC d/b/a Encore Las Vegas, et al., <br><br> Defendants | Case No. 2:21-cv-02113-CDS-DJA <br><br> **Order Adopting Report & Recommendation and Denying Motion to Amend Complaint** <br><br> [ECF Nos. 102, 108] |

Pro se plaintiff Webb Hill filed this employment-discrimination action in November 2021. ECF No. 1. He now seeks to amend his complaint via a 267-page motion (including exhibits). ECF No. 102. Defendant Wynn Resorts, LLC opposes the motion as untimely. ECF No. 104. To date, Hill has not filed a reply brief. Recently, Magistrate Judge Daniel J. Albregts entered a report and recommendation (R&R) recommending that Hill's motion to amend be denied without prejudice because he failed to establish good cause for amendment. ECF No. 108. The deadline for Hill to object to the R&R was July 14, 2023. *Id.* That deadline passed without Hill filing an objection or seeking an extension to file one.

"Any party wishing to object to a magistrate judge's findings and recommendations . . . must file and serve specific written objections with supporting points and authorities." LR IB 3-2(a). "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Having reviewed the R&R, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the magistrate judge's R&R [ECF No. 108] is ADOPTED in full.

IT IS FURTHER ORDERED that Hill's motion to amend his complaint [ECF No. 102] is DENIED without prejudice.

DATED: July 17, 2023

_____
Cristina D. Silva
United States District Judge