# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Webb Hill,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Wynn Las Vegas, LLC dba Encore Las Vegas,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-02113-CDS-DJA<br><br>**Order** |

Before the Court is Defendant's motion to extend the dispositive motion deadline. (ECF No. 122). The Court finds that Defendant has demonstrated good cause to extend this deadline by explaining that the hearing regarding its motion for dispositive sanctions is right before the deadline.

**IT IS THEREFORE ORDERED** that the motion to extend (ECF No. 122) is **granted.** Dispositive motions shall be due thirty days after the Court's ruling on Defendant's pending motion to compel (ECF No. 118) and motion for sanctions (ECF No. 119).

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail this order to Plaintiff.

DATED: October 23, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE